Gene GOETZ

v.

Tracy A. HAND, Warden, Kansas State Penitentiary, Lansing, Kansas.

No. 6662.

United States Court of Appeals
Tenth Circuit.

June 9, 1961.

Stephen C. Rench, Denver, Colo., for appellant.

William M. Ferguson, Atty. Gen., of Kansas, and J. Richard Foth, Asst. Atty. Gen., of Kansas, for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed June 9, 1961, without written opinions, D.C., 195 F.Supp. 194, for the reasons stated in the trial court's opinion.

G. E. HUMPHREY et al., Appellant

v.

UNITED STATES, etc.

No. 16750.

United States Court of Appeals
Eighth Circuit.

May 26, 1961.

Joseph Robbie and Jerome F. Fitzgerald, Minneapolis, Minn., for appellants.

John P. Montrey, St. Louis, Mo., for appellee.

PER CURIAM.

Motion of appellee to dismiss sustained; appeal dismissed, D.C., 27 F.R.D. 12, at appellants' costs; motion of appellee to award damages and double costs denied.